11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Jimmie D. Moore

Appellant

Vs.                   No. 11-03-00220-CV B Appeal from Taylor County

Connie M. Moore

Appellee

 

Appellant has filed in this court his
cancellation of his notice of appeal.  Appellant states in his cancellation that he no longer seeks to
alter the trial court=s
judgment.

The appeal is dismissed.

 

PER CURIAM

 

August 29, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of:  Arnot, C.J.,
and

Wright, J., and McCall, J.